United States District Court
Southern District of Texas
**ENTERED**
March 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PATRICK BASS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00064 |
| M/V STAR ISFJORD, | § § § | |
| Defendant. | § | |

## ORDER

UPON CONSIDERING the foregoing Motion to Appoint Substitute Custodian (D.E. 3) filed by Patrick and Jocelyn Bass, **IT IS HEREBY ORDERED** that:

1. Motion to Appoint Substitute Custodian is hereby **GRANTED** and that National Maritime Services, Inc. is **HEREBY** appointed as substitute custodian of the M/V STAR ISFJORD throughout the remaining period of her detention in this suit or until further order of this Court.

ORDERED on March 7, 2023.

_____
Julie K. Hampton
United States Magistrate Judge